UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AUNHK RA AUNHKHOTEP, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 4:24-CV-01552-RHH |
| ) | |
| HERBERT EBERHART, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Rodney H. Holmes to District Judge Henry Edward Autrey.

May 13, 2025
Date

*Nathan M. Graves*        /
Clerk of Court

By:  /s/ Chelsea Hutson        /
CHELSEA HUTSON
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:24-CV-01552-HEA**