# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-3241

Aunhk Ra Aunhkhotep

Appellant

v.

Herbert Eberhart

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01552-JMD)

_____

**ORDER**

The motion to withdraw as counsel filed by Richard Norman Groeneman is granted. Richard Norman Groeneman for Herbert Eberhart has been granted leave to withdraw from this case. Appellee Herbert Eberhart will continue to be represented by John Michael Patton.

January 7, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Susan E. Bindler